LAW OFFICES

# RAVINDER S. BHALLA

33-41 NEWARK STREET, SUITE 4A
HOBOKEN, NEW JERSEY 07030

RAVINDER S. BHALLA
ALEXANDER O. BENTSEN
—
MEMBERS NEW YORK
& NEW JERSEY BARS

(201) 610-9010
FAX (201) 610-9030
www.rsblawfirm.com

January 22 2009

NEWARK OFFICE
744 BROAD STREET, SUITE 1903
NEWARK, NEW JERSEY 07102
(973) 693-0011
FAX (973) 693-0065

<u>*Via ECF*</u>

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
United States Courthouse
Martin Luther King, Jr. Building
50 Walnut Street, Room 4C
Trenton, New Jersey 07101

   Re:   **United States v. Samba Diabate**
         <u>**Docket No.: 08-00808-001**</u>

Dear Judge Sheridan:

   This firm represents Defendant, Samba Diabate, in the above referenced action, currently scheduled for sentencing on Tuesday, February 3, 2009.

   I write to respectfully request an adjournment of this matter until the later half of February. The reason for this request is that pursuant to the plea agreement, Mr. Diabiate will request a downward departure due to his medical condition. However, I have not yet received his medical records from the Essex County Correctional Facility and have been trying to obtain them since November 2008. I did received notice, however, that the facility will be delivering these records to me shortly, but have still not actually received the records.

   I contacted AUSA Brian Urbano to inform him that we have not yet received these records and has indicated his consent to this adjournment request.

   Your attention to this matter is appreciated.

                                         Respectfully submitted,

                                         Ravi S. Bhalla

cc:   Brian Urbano, AUSA (via ECF)

SO ORDERED:
DATED: