

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700  973/645-2700
Newark, NJ 07102

February 25, 2009

<u>VIA COURTHOUSE MAIL</u>
Honorable Peter G. Sheridan
United States District Court
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street, Room 4C
Newark, N.J. 07101

     **Re: United States v. Samba Diabate**
     **Crim. No. 08-808**

Dear Judge Sheridan.:

  I write to respectfully request an adjournment of the sentencing in the above-captioned case, which is currently scheduled for March 3, 2009. The reason for this request is that, pursuant to the plea agreement, Mr. Diabate may move for a downward departure based on his medical condition. However, the government has not yet received the medical records from Mr. Diabate. Once the government obtains these records, it will forward them to a doctor at the Bureau of Prisons for review and to determine whether the Bureau of Prisons can adequately care for Mr. Diabate. In addition, the government requests the adjournment because the undersigned Assistant United States Attorney will be out of the state at the currently scheduled time.

  I have contacted the defense counsel, and he has consented to the adjournment. Defense counsel did request that the sentencing take place in March so that Mr. Diabate can move to the next phase of his case. Your attention to this matter is greatly appreciated. Thank you.

*Sentence is at*
*April 2, 2009 at 12:00*
*in Trenton*

SO ORDERED: [signature]
DATED: 3/3/09

Respectfully,

[signature]

RALPH J. MARRA, JR.
Acting United States Attorney

By: BRIAN L. URBANO
Assistant United States Attorney

Encl.
cc: Ravi Bhalla, Esq.