UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMBA DIABATE | Criminal Action No.: 08-808 (PGS)<br><br><br>**ORDER** |

This matter comes before the Court on Defendant Samba Diabate's motion to correct his name in his judgment and all court documents; and the Court having considered the papers submitted in support of the motion; and for good cause shown;

IT IS on this 6th day of January 2011, ORDERED that Defendant's motion is granted (ECF No. 19.), and that Defendant's judgment shall be corrected to reflect Defendant's name as "Samba Diabate."

_____
HON. PETER G. SHERIDAN, U.S.D.J.

January 6, 2011